IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Gregory Makozzy

vs

UNITED PARCEL SERVICE (UPS)

Case No. 23-cv-21544-KMW

FILED BY _____ D.C.
APR 19 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COMPLAINT & DEMAND FOR JURY TRIAL

Plaintiff Gregory Makozy, Pro-se, seeks relief for a class of a individual who was denied promotions because of his age, and alleges upon information and belief, as follows:

NATURE OF ACTION

1. This is an action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq ("ADEA") to correct unlawful employment practices on the basis of age and to provide appropriate relief for a class of individuals who were denied a promotion because of his age. The ADEA prohibits discrimination against applicants and workers age 40 and over. As alleged with greater particularity below, evidence will establish that Defendant UPS has failed to promote an indiviual protected by the ADEA for management positions based on his age. The Plaintiff seeks liquidated damages for the class.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 451, 1331, 1337, 1343, and 1345. This action is also authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) ad 17 of the Fair Labor Standards Act of 1938 (the

1

"FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. Employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1391(b).

## PARTIES

3. Plaintiff resides in Florida at 4599 SW Hallmark St. Port Saint Lucie, FL 34953

4. Defendant UPS, is a corporation headquartered in Atlanta, GA and organized under the laws of the State of GA. United Parcel Service, Inc. is the world's largest package delivery company and a provider of supply chain management solutions. The global logistics company is headquartered in Sandy Springs, Georgia, which is part of the Greater Atlanta metropolitan area.

5. Defendant has continuously been doing business in the state of GA and in locations throughout the United States and continuously has had at least 20,000 employees.

## CONDITIONS PRECEDENT

7. More than 240 days prior to the institution of the lawsuit, Plaintiff filed a charge of discrimination with the EEOC Commission alleging violations of the ADEA.

8. Prior to the institution of the lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(d).

9. All conditions precedent to the institution of this lawsuit have been fulfilled.

## FACTUAL ALLEGATIONS

10. To establish a prima facie case of age discrimination, the employee must prove that he was: (1) a member of the protected class; Plaintiff is 62. (2) qualified for the position- Plaintiff has experience plus a college degree. Very qualified (3) subjected to adverse employment action. Plaintiff is subjected to adverse employment action (4) replaced by a

2

person outside the protected class or suffered from

disparate treatment because of membership in the protected class. Plaintiff was definitely passed over. Some of the Hires are John Domiano, under 40, Flether Collins, under 30, etc.

Plaintiff has met ALL 4.

11. Plaintiff has applied 19 different times to various positions. He was never granted an interview. Younger indivivuals were eventually hired.

12. Jon Lieberman, who was the area business manager, told me to get with John Cassidy the manager for interviews. Cassidy never granted them and he personally hired others instead of Plaintiff.

13. When Plaintiff applied and asked for an interview, Cassidy even falsely accussed him of getting in accidents that he never got in.

14. Plaintiff filed a complaint with UPS over discrimination. UPS responded that they gave it to be investigated and it was resolved. That is a total lie. It was given to the security guy and he did nothing about.

15. Plaintiff filed a complaint with the EEOC in April 2021 and received Notice of Right to sue on Jan 25, 2023.

## CAUSE OF ACTION

16. As set forth in paragraphs ten (10) through eighteen (15), Defendants subjected Plaintiff to an ongoing pattern or practice of discriminatory failure to hire or promote such persons because of his age

in violation of Section 4 of the ADEA, 29 U.S.C. § 623(a).

17. The unlawful employment practices complained of in paragraphs ten (10) through eighteen (15) were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

a. Grant a permanent injunction enjoining Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of age;

b. Order Defendant to institute and carry out policies, practices, and programs, which provide equal employment opportunities for individuals covered by the ADEA, and which eradicate the effects of their past unlawful discrimination practices;

c. Court order punitve and compensatory damages against Defendant to prevent them for doing this in the future. Plaintiff will allow the court to determine the amounts of damages.

## JURY DEMAND

18. Plaintiff requests a jury trial on all issues of fact raised by its complaint.

Respectfully submitted,

*[signature]*

Gregory Makozy, Pro se

**Extremely Urgent**

Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®.

This Express Pak is for use with the following services: UPS Next Day Air® UPS Worldwide Exp UPS 2nd Day Air® UPS Worldwide Exp

Apply shipping doc

Express Pak for: UPS Ground UPS Standard UPS 3 Day Select℠

GREG MAKOZY
(954) 218-2947
4599 SW HALLMARK ST
PORT SAINT LUCI FL 34953-6529

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 17 APR 2023

SHIP CLERK OF COURTS
TO: US COURTHOUSE
400 N MIAMI AVE
MIAMI FL 33128-1801

FL 330 6-03

UPS GROUND
TRACKING #: 1Z 361 X41 03 9712 9578

BILLING: P/P

P:RED 333

15% Post-Consumer Content

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195104 09/03 PAC United

