UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-21544-CV-WILLIAMS

GREGORY MAKOZY,

    Plaintiff,

v.

UNITED PARCEL SERVICE,

    Defendant.

                                   /

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 88) ("***Report***") on Defendant's Motion to Dismiss and Motion for Sanctions against Plaintiff (DE 70) ("***Motion to Dismiss***"). In the Report, Judge Reid recommends that the Motion to Dismiss be granted without prejudice. (DE 88 at 6.) Specifically, the Report finds that Plaintiff has failed to prosecute this matter, including that he failed to appear at his deposition, that Plaintiff has abused the judicial process by filing vexatious and factually unsupported motions, and that a finding of lesser sanctions would not suffice. (*Id.* at 4–5.) Plaintiff filed an objection[1] to the Report (DE 89), to which Defendant filed a response (DE 92). The Court conducted a *de novo*

---

[1] The Court notes that Plaintiff rehashes arguments and resubmits exhibits that were presented to Magistrate Judge Reid. As such, Plaintiff simply disagrees with the Report's conclusion. However, it is well settled that an objecting party may not "submit [] papers to a district court which are nothing more than a rehashing of the same arguments and positions taken in the original papers submitted to the Magistrate Judge. Clearly, parties are not to be afforded a 'second bite at the apple' when they file objections to a [Report]." *Marlite, Inc. v. Eckenrod*, 2012 WL 3614212, at *2 (S.D. Fla. Aug. 21, 2012) (quoting *Camardo v. Gen. Motors Hourly-Rate Emps. Pension Plan*, 806 F. Supp. 380, 382 (W.D.N.Y. 1992)).

review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the objection, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 88) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss and Motion for Sanctions against Plaintiff (DE 70) is **GRANTED**.

3. Plaintiff's Amended Complaint (DE 25) is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk is directed to **CLOSE** this case.

5. All pending motions are **DENIED AS MOOT**.[2]

6. All hearings and deadlines are **CANCELED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>31st</u> day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[2] Although rendered moot by this Order, the Court has reviewed Plaintiff's "Motion to Reconsider the Magistrate Judges Order on Motion to Extend Discovery" (DE 90), which the Court construes as an appeal of Magistrate Judge Reid's Order (DE 87) denying Plaintiff's Motion to Extend Discovery. The Court overrules the appeal and affirms Judge Reid's Order because the Order was neither clearly erroneous nor contrary to law. *See Runton by & through Adult Advocacy & Representation v. Brookdale Senior Living, Inc.*, No. 17-60664-CV, 2018 WL 1083493, at *4 (S.D. Fla. Feb. 27, 2018); Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).